[No. 10544-2-I. Division One. January 16, 1984.]

WILLIAM K. BURHEN, ET AL, *Appellants,* v. HOWARD F. ANDERSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 864850, Charles R. Denney, J. Pro Tem., entered June 22, 1981. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Durham, C.J., and Ringold, J.

[No. 6715-3-II. Division Two. January 16, 1984.]

*In the Matter of the Welfare of*
WILLIAM H. MCCLAIN III.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 81-7-00012-1, John H. Kirkwood, J., entered October 15, 1982. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Worswick, JJ.

[No. 5511-6-III. Division Three. January 17, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. NORMAN E. BANKS, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 82-1-00163-2, Yancey Reser, J., entered November 8, 1982. *Denied* by unpublished per curiam opinion.